JUDGE STANTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 1602

BAYTREE CAPITAL ASSOCIATES,
L.L.C. derivatively on behalf of,
BROADCASTER, INC.

Plaintiff,

-v-

NOLAN QUAN, et al.

Defendant.

Case No. _____

FEB 15 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Baytree Capital Associates, L.L.C. _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 2/19/08 _____

Signature of Attorney

Attorney Bar Code: SM4514

Form Rule7_1.pdf  SDNY Web 10/2007