AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BAYTREE CAPITAL ASSOCIATES, LLC
derivatively on behalf of BROADCASTER, INC.

V.

NOLAN QUAN, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 1602

JUDGE STANTON

TO: (Name and address of Defendant)

Access Media Networks, Inc.
8646 Edwin Drive
Los Angeles, CA 90046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sullivan Gardner, PC
475 Park Avenue South
New York, New York 10016
(212) 687-5900

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   FEB 1 5 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                                *Signature of Server*

                                                              _____
                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF NEW YORK    Index No. 08 CV 1602

BAYTREE CAPITAL ASSOCIATES, LLC DERIVATIVELY ON BEHALF OF BROADCASTER, INC.    *Plaintiff(s) Petitioner(s)*    Calendar No.

against

NOLAN QUAN, ETAL    *Defendant(s) Respondent(s)*    1~ AFFIDAVIT OF SERVICE

STATE OF DELAWARE, COUNTY OF: NEW CASTLE    Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 3/11/08 at 3:30 PM .M., at C/O USA CORPORATE SERVICES 3500 S. DUPONT HWY. DOVER, DE deponent served the within

[X] summons and complaint
[ ] subpoena duces tecum
[ ] citation

on ACCESS MEDIA NETWORKS, INC    [X] defendant   [ ] witness   hereinafter called therein the recipient named

**INDIVIDUAL 1.** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** [X] a DELAWARE corporation, by delivering thereat a true copy of each to SUSAN WARTZ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be PROCESS AGENT thereof

**SUITABLE AGE PERSON 3.** [ ] by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** [ ] Deponent talked to at said premises who stated that recipient [ ] lived [ ] worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION**
[ ] Male       [X] White Skin    [X] Black Hair   [ ] White Hair   [ ] 14-20 Yrs.   [ ] Under 5'     [ ] Under 100 Lbs.
[X] Female    [ ] Black Skin    [ ] Brown Hair   [ ] Balding      [ ] 21-35 Yrs.   [ ] 5'0"-5'3"    [ ] 100-130 Lbs.
              [ ] Yellow Skin   [ ] Blonde Hair  [ ] Mustache     [X] 36-50 Yrs.   [X] 5'4"-5'8"    [X] 131-160 Lbs.
              [ ] Brown Skin    [ ] Gray Hair    [ ] Beard        [ ] 51-65 Yrs.   [ ] 5'9"-6'0"    [ ] 161-200 Lbs.
              [ ] Red Skin      [ ] Red Hair     [ ] Glasses      [ ] Over 65 Yrs. [ ] Over 6'      [ ] Over 200 Lbs.

[ ] Other identifying features:

**WITNESS FEES** $ the authorizing traveling expenses    [ ] was paid (tendered) to the recipient
and one days' witness fee:    [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 3/11/08

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC

License No.

GRANVILLE MORRIS