

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BAYTREE CAPITAL ASSOCIATES, LLC,
derivatively and on behalf of,
BROADCASTER, INC.,

        Plaintiff,

-against-

NOLAN QUAN, et al.,

        Defendants.

-and-

BROADCASTER, INC.

        Nominal Defendant.

----------------------------------------------------------X

Case No. 08 Civ. 1602 (LLS)

STIPULATION EXTENDING TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Broadcaster, Inc. and the other named defendants to answer, move or otherwise respond to the complaint in this action is hereby adjourned to April 30, 2008.

Dated: New York, New York
       March 21, 2008

SULLIVAN GARDNER PC

By: _____
Steven R. Montgomery (SM-5414)
475 Park Avenue South
New York, New York 10016
(212) 687-5900

Attorneys for Plaintiff
Baytree Capital Associates, LLC

LOEB & LOEB LLP

By: _____
Michael P. Zweig (MZ-5118)
Eugene R. Licker (EL-0334)
345 Park Avenue
New York, New York 10016
(212) 407-4000

Attorneys for Defendant
Broadcaster, Inc.

NY709759.1
212282-10001

SO ORDERED:

_Louis L. Stanton_
U.S.D.J.
3/25/08