UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BAYTREE CAPITAL ASSOCIATES, LLC, derivatively on :
behalf of BROADCASTER, INC.,
                Plaintiff, :

          -against- :

NOLAN QUAN, MARTIN R. WADE III, BLAIR MILLS, :
RICHARD BERMAN, ANDREW GARRONI, JASON
BRAZELL, ROBERT GOULD, SANGER ROBINSON, :
ALCHEMY COMMUNICATIONS, INC., FROSTHAM        Case No.: 08-cv-1602
MARKETING, INC., PACIFICON INTERNATIONAL, INC., :
LONGVIEW MEDIA, INC., ACCESS MEDIA NETWORKS,      (Stanton, J.)
INC., ALCHEMY F/X, INC., INNOVATIVE NETWORKS, :
INC., BINARY SOURCE, INC., BROADCASTER, LLC,
TRANSGLOBAL MEDIA, LLC, SOFTWARE PEOPLE, LLC, :   MOTION FOR TRANSFER
and ACCESS MEDIA TECHNOLOGIES, LLC,
                 :
            Defendants,
                :
          -and-
                :
BROADCASTER, INC.,
                :
            Nominal Defendant.
                :

                :
X------------------------------------------------------------------------X

       Defendants Nolan Quan, Martin R. Wade III and Blair Mills, without waiver of any right to assert any defense under the Federal Rules of Civil Procedure, by and through their attorneys, Howrey LLP, hereby join in Nominal Defendant Broadcaster, Inc.'s Motion To Transfer pursuant to 28 U.S.C. § 1404(a).

Dated:   New York, New York
         March 28, 2008

                                            Respectfully submitted,

                                            HOWREY LLP

                                            By: _____
                                                 Michael F. Armstrong

                                            153 East 53rd Street, 54th Floor
                                            New York, New York 10022
                                            (212) 896-6500 tel
                                            (212) 896-6501 fax
                                            armstrongm@howrey.com

                                            *Attorneys for Defendants, Nolan Quan,*
                                            *Martin R. Wade III and Blair Mills*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008 a true and correct copy of the foregoing Motion for Transfer was electronically served on the following via ECF:

Steven Richard Montgomery
SULLIVAN GARDNER, P.C.
475 Park Avenue South, 30th Floor
New York, NY 10016
(212)-687-5900
Fax: (212)-687-4060
sm@sullivangardner.net

*Attorneys for Plaintiff Baytree Capital Associates, L.L.C.
derivatively on behalf of Broadcaster, Inc.*

Michael P. Zweig
Eugene R. Licker
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000

*Attorneys for Nominal Defendant
Broadcaster, Inc.*

Dated: New York, New York
       March 28, 2008

_____
Jenifer J. Liu

HOWREY LLP
153 East 53rd Street, 54th Floor
New York, NY 10022
(212) 896-6500