%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

BAYTREE CAPITAL ASSOCIATES, LLC
derivatively on behalf of BROADCASTER, INC.

V.

NOLAN QUAN, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 1602

JUDGE STANTON

TO: (Name and address of Defendant)

Transglobal Media, LLC
2710 Thomas Avenue
Cheyenne, WY 82001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sullivan Gardner, PC
475 Park Avenue South
New York, New York 10016
(212) 687-5900

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    FEB 1 5 2008

CLERK                                  DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date          *Signature of Server*

                                    _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: SULLIVAN GARDNER P.C.

---

BAYTREE CAPITAL ASSOCIATES, LLC DERIVATIVELY ON BEHALF OF BROADCASTER, INC.

Plaintiff(s)

- against -

NOLAN QUAN, ETAL

Defendant(s)

Index # 08 CV 1602 (STANTON)

Purchased February 15, 2008

**AFFIDAVIT OF SERVICE**

---

STATE OF Colorado : COUNTY OF Boulder ss:

George Glenn BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Boulder, CO

That on March 13, 2008 at 10:40 AM at

C/O WYOMING CORPORATE SERVICES, INC.
2710 THOMES AVENUE
CHEYENNE, WY 82001

deponent served the within SUMMONS & VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT on TRANSGLOBAL MEDIA, LLC therein named.

BY LEAVING A TRUE COPY WITH JENNIFER BUTLER, REGISTERED AGENT, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 43 | 5'5 | 150 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 3/24/08
Notary: [signature] EXP 4-1-2010

Server: George Glenn

Invoice #: 458515