**EXHIBIT 2**



# BAYTREE CAPITAL
## ASSOCIATES LLC

**MAIN OFFICE**
40 Wall Street
New York, NY 10005
Tel  212 509 1700
Fax 212 363 4231

2300 W. Sahara Avenue
Las Vegas, NV 89102
Tel  702 247 1701
Fax 702 221 0888

April 18, 2007

| Quantity | Date | Description | Amount |
|---|---|---|---|
| 1 | 2/11/07 | AA – Business Class Ticket NY to LA/CA | $4,720.00 |
| 1 | 2/11/07 | AA – Business Class Ticket NY to LA/CA | $4,720.00 |
| 1 | 2/11/07 | AA – Business Class Ticket NYB to LA/CA | $4720.00 |
| 1 | 2/14/07 | Four Seasons Hotel CA Inv # 6395 | $1,038.36 |
| 1 | 2/14/07 | Four Seasons Hotel CA Inv # 6394 | $3,493.08 |
| 1 | 2/14/07 | Four Seasons Hotel CA Inv # 6374 | $649.00 |
| 1 | 2/14/07 | Business Class CA to LV/NV 1491 | $5,551.29 |
| | | **Total:** | **$24,891.73** |

? MRW

| Date Received | 4/27/07 |
|---|---|
| Document / Due Date | 4/27 |
| Description | Active 4,56 |
| GL # | 19340.44   2208.00-70 |
| GL # | |
| GL # | |
| 1st Approval | CDR JS |
| 2nd Approval | |
| Controller | |
| Accountant | DL |
| Date Posted | 4/27/07 |

# BAYTREE CAPITAL
## ASSOCIATES LLC

**MAIN OFFICE**
40 Wall Street
New York, NY 10005
Tel 212 509 1700
Fax 212 353 4231

2300 W. Sahara Avenue
Las Vegas, NV 89102
Tel 702 247 1701
Fax 702 221 0888

## TELEFAX COVER SHEET

**CONFIDENTIAL**

Please deliver the following pages to:

NAME: Blair Mills

FIRM:

FAX NO.: (818) 206-9371

FROM: **Michael Gardner / Ila Jurczuk**

DATE: April 18, 2007

Total number of pages (including cover sheet): 7

If you do not receive all of the pages, please call (212) 509-1700 as soon as possible.

**COMMENTS:**

Blair,

Please find attached an invoice for CA trip 2/11-2/14. Please note we reduced the air fare to AA business class tickets.

Let me hear from you if you have any questions.

Ila Jurczuk

*Approved*
*[signature]*

**\*CONFIDENTIALITY NOTE\***
This facsimile is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this facsimile or the information herein by anyone other than the intended recipient is prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the facsimile by mail. Thank you.


**sentient**
JET MEMBERSHIP

| | |
|---|---|
| Invoice | 113948 |
| Date | 2/14/2007 |
| Page | 1 of 1 |

| Michael Gardner<br>The Trump Building<br>40 Wall Street<br>58th Floor<br>Manhattan, NY 10005 | |
|---|---|
| Customer No. | Fax No. |
| 1491 | -- |

| | |
|---|---|
| TravelCard #: | 916042895184 |
| Flight Date: | 2/14/2007 8:00:00PM |
| Miles: | 0 |

1 hr. 6 min →

| | | | | |
|---|---|---|---|---|
| TOLD-FLIGHT | 02/14/07: Burbank, CA to Las Vegas, NV<br>Aircraft Category: Light Jet<br>Flight Type: OneWay | 1.30 | 3,600.00 | 4,680.00 |
| FUEL | Fuel Surcharge | 1.30 | 365.00 | 474.50 |

Thank you for using Sentient for your travel needs. We appreciate your business, and are delighted to be of service to you.

On every Sentient flight, we strive for nothing less than your total satisfaction. Rest assured that Sentient puts safety first. As a result, Sentient cannot be responsible for delays due to adverse weather, unforeseeable mechanical difficulties, or other safety-related matters. Please also note that use of flight phone, changes in itinerary, and additional or custom catering may result in extra charges. Sentient reserves the right to assess cancellation fees of up to 100% of the confirmed flight amount if cancellation occurs within 10 hours of confirmed departure time for standard trips and 48 hours for peak day and international trips. Restrictions may apply. Please refer to your Terms and Conditions for additional detail.

| | |
|---|---|
| Subtotal: | 5,154.5 |
| Discount: | 0.0 |
| Seg/Use | 10.2 |
| Fees | 0.0 |
| Tax: | 386.5 |
| Total: | 5,551.2 |

Generated: 2/22/2007    Sentient Jet, Inc., 97 Libbey Parkway, Weymouth, MA 02189    1 of
www.sentient.com - Fax (800) 684-9530



# FOUR SEASONS HOTEL
*Westlake Village, California*

Mr. Sean Deson

US
Tax ID

Date :  02/14/07
Time :  09:18
Room :  747
Receipt No. :  6374

## PAYMENT RECEIPT

| Date | Description | App. Code | Exp. date | Amount |
|---|---|---|---|---|
| 02/14/07 | American Express XXXXXXXXXXXX3002 XX/XX | _106495 | XX/XX | 649.00USD |

Guest Signature

Cashier No.  125

Two Dole Drive, Westlake Village, California, U.S.A. 91362
Tel. 1 (818) 575-3000  Fax. 1 (818) 575-3100
www.fourseasons.com/westlakevillage



# FOUR SEASONS HOTEL
*Westlake Village, California*

Mr. Michael Gardner
40 Wall Street
New York, NY 10005
US
Tax ID

Date : 02/14/07
Time : 10:49
Room : 614
Receipt No. : 6394

### PAYMENT RECEIPT

| Date | Description | App. Code | Exp. date | Amount |
|---|---|---|---|---|
| 02/14/07 | American Express XXXXXXXXXXX3002 XX/XX | _125230 | XX/XX | 3,493.08USD |

Guest Signature

Cashier No.   125

Two Dole Drive, Westlake Village, California, U.S.A. 91362
Tel. 1 (818) 575-3000 Fax. 1 (818) 575-3100
www.fourseasons.com/westlakevillage



# Four Seasons Hotel
*Westlake Village, California*

Ms. Ila-Iwona Jurczuk  
40 Wall Street 58th Floor  
New York, NY 10005  
US  
Tax ID  

Date : 02/14/07  
Time : 10:51  
Room : 743  
Receipt No. : 6395  

## PAYMENT RECEIPT

| Date | Description | App. Code | Exp. date | Amount |
|---|---|---|---|---|
| 02/14/07 | American Express XXXXXXXXXXXX3002 XX/XX | _147442 | XX/XX | 1,038.36USD |

Guest Signature

Cashier No.    125

Two Dole Drive, Westlake Village, California, U.S.A. 91362  
Tel. 1 (818) 575-3000  Fax. 1 (818) 575-3100  
www.fourseasons.com/westlakevillage



# Invoice

**2 Thunderbolt Dr.**
**Millville, NJ 08332**

Phone No.:(856) 825-4540  Fax No.:(856) 825-4548

| Date | Invoice No. |
|---|---|
| 2/11/2007 | 1844 |

**Bill To**
BAYTREE CAPITAL ASSOCIATES
THE TRUMP BUILDING
40 WALL STREET
NEW YORK, NY 10005

| Fax Number | P.O. No. | Terms | Account No. |
|---|---|---|---|
| 212-363-4231 | | 10 DAYS | BAY211 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Charter - N399RV | 48,896.95 | 48,896.95 |
| 1 | Federal Excise Tax | 3,667.27 | 3,667.27 |
| 3 | Segment Fees | 3.30 | 9.90 |
| 1 | Catering | 416.34 | 416.34 |

TRIP DATE: 2/11/2007

P/U @ TEB-BUR/DROP OFF

LEAD PAX: MICHAEL GARDNER

| | Total | $52,990.46 |
|---|---|---|

Catering, Hangar/De-Ice and Flitephone will be invoiced as invoices are received, if not available at the time of invoicing.





## BAYTREE CAPITAL
### ASSOCIATES LLC

**MAIN OFFICE**
40 Wall Street
New York, NY 10005
Tel 212 509 1700
Fax 212 363 4231

2300 W Sahara Avenue
Las Vegas, NV 89102
Tel 702 247 1701
Fax 702 221 0866

October 4, 2006

Broadcaster, Inc.
100 Rowland Way
Suite 300
Novato, CA 94945

Att: Mr. Ian Smith
By facsimile – 415-897-2544

---

Expenses of Business Trip for professional Services

| Date | Description | Amount |
|---|---|---|
| 9/5/06 | Ground transportation to Teterboro Airport | 272.30 |
| 9/5/06 | Business Jet – Teterboro – Burbank | 29,938.51 |
| 9/5/06-9/8/06 | Peninsula Hotel – Michael Gardner | 3,265.69 |
|  | Sean Deson | 1,475.31 |
| 9/6/06 | Dinner – Nolan Quan, Andy Garroni | 225.52 |
| 9/8/06 | Business Jet – Burbank – Teterboro | 25,701.55 |
| 9/8/06 | Ground transportation to Gardner residence | 343.20 |

**Total Due:** **$ 61,222.08**





# BAYTREE CAPITAL
## ASSOCIATES LLC

MAIN OFFICE
40 Wall Street
New York, NY 10005
Tel 212 509 1700
Fax 212 363 4231

2300 W. Sahara Avenue
Las Vegas, NV 89102
Tel 702 247 1701
Fax 702 221 0888

November 14, 2006

Broadcaster, Inc.
Att: Ian Smith
By Facsimile – 415-897-2544 — 6 pgs.

---

Expenses for professional services

| Date | Description | Amount |
|---|---|---|
| 11/1/06 | Ground transportation to Teterboro Airport | $ 225.50** |
| 11/1/06-11/04/06 | Business Jet to and from Burbank | 58,906.74* |
| 11/1/06-11/4/06 | Peninsula Hotel – Michael Gardner | 2,351.51** |
|  | Sean Deson | 1,051.14** |

**$ 62,534.89**

\* $58,906.74 – Please pay directly to
Air Rutter International
4310 Donald Douglas Drive # 202
Long Beach, CA 90808

\*\* $ 3,628.15 - Please pay directly to
Baytree Capital Associates LLC

32372
6-71309
3,628.15

# THE PENINSULA
## BEVERLY HILLS

| Mr Michael Gardner<br>40 Wallstreet<br>Floor 58<br>New York, NY 10005<br>UNITED STATES | Page | 1 |
|---|---|---|
| | Room | PX306 |
| | Arrival | 11/01/06 |
| | Departure | 11/04/06 |
| | Person(s) | 2 |
| | Room Rate | 450.00/BHPLATNM |
| | Cashier | 16 GARETH |

INFORMATION BILL           Guest No. 243755     Confirmation 494080
The Peninsula Beverly Hills, 11/04/06 09:42

| DATE | DESCRIPTION | CHARGES US$ | CREDITS US$ |
|---|---|---|---|
| 11/01 | Room Rate | 450.00 | |
| 11/01 | Room Tax | 63.95 | |
| 11/01 | Occupancy Surcharge | 6.75 | |
| 11/02 | The Belvedere | 61.21 | |
| 11/02 | Room Rate | 450.00 | |
| 11/02 | Room Tax | 63.95 | |
| 11/02 | Occupancy Surcharge | 6.75 | |
| 11/03 | The Belvedere | 525.69 | |
| 11/03 | The Club | 171.94 | |
| 11/03 | Private Bar | 20.57 | |
| 11/03 | Room Rate | 450.00 | |
| 11/03 | Room Tax | 63.95 | |
| 11/03 | Occupancy Surcharge | 6.75 | |
| 11/04 | The Belvedere | 10.00 | |
| | Total | 2351.51 | |
| | Balance | 2351.51 USD | |

*We wish to thank you for choosing The Peninsula Beverly Hills.*
*Let us look after you again soon at a Peninsula hotel in Asia or the USA.*
*To make a reservation, just call any Peninsula hotel or e-mail us at*
*reservation@peninsula.com or visit www.peninsula.com.*

Remarks:

I agree that I am personally liable for the payment of this account, and if the person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

SIGNATURE

The Belvedere Hotel Partnership Correspondence address: 9882 South Santa Monica Boulevard, Beverly Hills, CA 90212, U.S.A.
Tel: (1-310) 551 2888  Fax: (1-310) 788 2319  E-mail: pbh@peninsula.com  Website: www.peninsula.com

Hong Kong • New York • Chicago • Beverly Hills • Bangkok • Beijing • Manila • Tokyo 2007

# THE PENINSULA
## BEVERLY HILLS

| | |
|---|---|
| Mr Sean Deson<br>40 Wallstreet<br>Floor 58<br>New York, NY 10005<br>UNITED STATES | Page 1<br>Room 432<br>Arrival 11/01/06<br>Departure 11/04/06<br>Person(s) 2<br>Room Rate 450.00/BHPLATNM<br>Cashier 46 JPANLI |

INFORMATION BILL        Guest No. 253971    Confirmation 494081
The Peninsula Beverly Hills, 11/03/06 09:10

| DATE | DESCRIPTION | CHARGES US$ | CREDITS US$ |
|---|---|---|---|
| 11/01 | Room Rate | 450.00 | |
| 11/01 | Room Tax | 63.95 | |
| 11/01 | Occupancy Surcharge | 6.75 | |
| 11/02 | Private Bar | 9.74 | |
| 11/02 | Room Rate | 450.00 | |
| 11/02 | Room Tax | 63.95 | |
| 11/02 | Occupancy Surcharge | 6.75 | |
| | Total | 1051.14 | |
| | Balance | 1051.14 USD | |

*We wish to thank you for choosing The Peninsula Beverly Hills.*
*Let us look after you again soon at a Peninsula hotel in Asia or the USA.*
*To make a reservation, just call any Peninsula hotel or e-mail us at*
*reservation@peninsula.com or visit www.peninsula.com.*

Remarks:

I agree that I am personally liable for the payment of this account, and if the person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association

SIGNATURE

The Belvedere Hotel Partnership Correspondence address: 9882 South Santa Monica Boulevard, Beverly Hills, CA 90212, U.S.A.
Tel: (1-310) 551 2888  Fax: (1-310) 788 2319  E-mail: pbh@peninsula.com  Website: www.peninsula.com
*Hong Kong • New York • Chicago • Beverly Hills • Bangkok • Beijing • Manila • Tokyo 2007*

**Mary Baker**

**From:** mcruz [mcruz.unique@verizon.net]
**Sent:** Wednesday, November 01, 2006 2:22 PM
**To:** Mary Baker
**Subject:** Receipt for GARDNER, MICHAEL Trip #1530392

### THANK YOU FOR CHOOSING UNIQUE II LIMOUSINE

### TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 1530392 | Passenger : | MICHAEL GARDNER |
| Reference #: | 065896 | Num of Passengers: | 2 |
| Pick-Up Time: | 09:30AM | Drop-Off Time: | 10:20AM |
| Trip Date: | Wednesday Nov 1, 2006 | Reserved By: | MARY BAKER |
| Service Type: | 6 PASS STRETCH | Trip Description: | NYC/TEB |

**Routing & Pick-Up / Drop-Off Details:**

GARDNER, MICHAEL * BRISTOL HOTEL 210 E. 65TH ST.PAR BLDG. SEMI CIRCL MANHATTAN NY
THEN PICK UP SEAN DESON AT 222 WEST 83RD. ST. NYC
THEN GO TO JET AVIATION TEB TAIL # 460 F
6 PASSENGER STRETCH
CC ON FILE
1025 : I
EXTRA STOP AT 83RD AND BROADWAY
1120 : C

**Trip Charges:**

| | |
|---|---|
| Basic Rate: | $145.00 |
| Parking: | $0.00 |
| Tolls: | $6.00 |
| Waiting Time: | $0.00 |
| Early/Late Hour: | $0.00 |
| Extra Stops: | $25.00 |
| Holiday/Misc: | $0.00 |
| Gratuity: | $29.00 |
| Discount: | -$0.00 |
| Miscellaneous: | $0.00 |
| Administration Fee: | $10.18 |
| Gas Surcharge: | $10.18 |
| County Tax: | $0.00  0.00% |
| Tax/GST: | $0.00 |
| TOTAL DUE: | $0.00 |
| Payments Received: | 11/01/2006 PMT: MASTER CARD XXXXXXXXXX48135 Check/Auth# 065896 $225.50 |

11/14/2006

**PAYMENT**: Credit Card

**UNIQUE II LIMOUSINE**

216 Johnson Ave
Hackensack, NJ 07601
201-996-0140 Phone
201-996-0141
201-996-0145 Fax

11/14/2006