# HOWREY LLP

Chrysler Center
153 East 53rd Street, Floor 54
New York, NY 10022
www.howrey.com

**Michael F. Armstrong**
Partner
T 212 896 6525
F 212 328 6752
armstrongm@howrey.com
File 09101.0001.000000

April 16, 2008



## BY COURIER

The Honorable L. Stanton
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2250
New York, NY 10007

Re:  *Gardner v. Wade*, Case No. 08 cv 2850 (LLS)
     *Baytree Capital Assocs., LLC v. Quan, et al.*, Case No. 08 cv 1602 (LLS)

Dear Judge Stanton:

Counsel for defendants Martin Wade, Nolan Quan and Blair Mills in the above-referenced actions request approval of the attached stipulations extending the time to answer, move or otherwise respond to April 30, 2008.

One attached stipulation was initially routed to Judge Baer prior to this action being accepted as related by Your Honor. Judge Baer approved an adjournment until April 7th, subject to Your Honor's direction as to a later date. (See attached Exhibit A).

The other attached stipulation was ordered by Your Honor on March 25, 2008 and granted to the attorneys for plaintiff and counsel to nominal defendant Broadcaster, Inc. (See attached Exhibit B). My firm is now appearing in the Gardner action for defendant Wade and in the Baytree action for defendants Wade, Quan and Mills.

*Approved. So Ordered.*
*Louis L. Stanton*
*4/18/08*

**HOWREY**

We respectfully request approval of the stipulations in both the Gardner and Baytree actions. Counsel for plaintiffs consent to the stipulations being ordered.

Respectfully submitted,

Michael F. Armstrong

Enclosures

cc:   Michael Gardner
      Peter Sullivan
      Michael Zweig
      Eugene Licker